# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1424**
**KA 11-00988**
PRESENT: CENTRA, J.P., PERADOTTO, LINDLEY, WHALEN, AND MARTOCHE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                          MEMORANDUM AND ORDER

KENNETH SNOW, DEFENDANT-APPELLANT.

---

TIMOTHY P. DONAHER, PUBLIC DEFENDER, ROCHESTER (JAMES ECKERT OF COUNSEL), FOR DEFENDANT-APPELLANT.

SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (NANCY GILLIGAN OF COUNSEL), FOR RESPONDENT.

----------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Monroe County (Frank P. Geraci, Jr., A.J.), entered March 17, 2011. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Memorandum: Defendant appeals from an order determining that he is a level three risk pursuant to the Sex Offender Registration Act (Correction Law § 168 *et seq.*). On appeal, defendant's sole contention is that Supreme Court erred in denying his request for a downward modification of his presumptive risk level. We reject that contention inasmuch as defendant failed to present clear and convincing evidence of special circumstances warranting a downward departure (*see People v Jefferson*, 74 AD3d 1756, 1756, *lv denied* 15 NY3d 709; *People v Wragg*, 41 AD3d 1273, 1274, *lv denied* 9 NY3d 809).

Entered:  February 1, 2013                    Frances E. Cafarell
                                              Clerk of the Court